FILED

RECEIVED
NWFRC

MAY 15 2023

INMATE INITIALS JB

## GENERAL AFFIDAVIT

2023 MAY 18 PM 12:08

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

3:23-cv-595-MMH-JBT

**STATE OF FLORIDA**
**COUNTY OF** Washington

I, John A Browdy, do hereby swear or affirm that the following statement is true and correct, and make of my own free will, from my own personal knowledge.

On May 7, 2023, at approximately 1:30 AM/PM: PM

I was given a witness statement DC 6-112C Form to fill out by Sgt Thompson and Per Capt Shirvan I was to give it back to Sgt Thompson so that he could give it to him (Capt Shirvan) I filled it out and gave it to Sgt Thompson. The witness statement was in reference to a P.R.E.A allegation in which I had been trying to file on a staff member named James whom worked in Food service where I was assigned Prep-cook. I told in the statement how he propositioned me to perform Sexual misconduct because he had given me some extra sausage one day I also went on to tell how when I wouldn't comply he became angry and Lied on me saying I had stolen some stuff. The matter was investigated and found un true. He became Verbally abusive towards me and used excessive profanity while talking to me. When he propositioned me he told me that if I ever said anything that he could get some one to do something to me for a few ciggarrets (was his implication) My first time making someone aware of this was I sent a request to Inspect. General, I then told a Mental Health Worker Mrs Bozarth, I then stopped Capt. Shirvan and told him that nobodies listening to me he told me then on the 26th of April to send him a request I did that same night. I waited No one came to speak with

me. So I filed an Informal Grievance on 5-2-23 (In which I have included) As of Today still No one has come to see me. I even clearly stated I am in fear for my safety here at this facility because I feel that this staff is going to try and get some one to harm. Also I know this staff was bringing in stuff from home for inmates in Food Service cause I saw it and also one of the inmates shared a sandwich with me so I know his threat is valid.

Please send some one to see me immediately as it seems this institution or Capt Shirvan isn't doing any thing to ensure my safety or worried about the PREA allegations.

**UNDER THE PENALTIES OF PERJURY**, I declare that I have read the foregoing sworn affidavit and the facts stated herein are true and correct in accordance with section 92.525 (2007), Florida Statutes.

Executed on this 14 day of May 2023

Respectfully submitted,
/S/ John B—

(printed name) John Browdy 535107 G3209L
(address) North West FLA Reception Center M/U
4455 Sam Mitchell Drive
Chipley, Florida
32428

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other | Asst. Warden Programs |
|---|---|---|---|---|---|

| FROM: | Inmate Name: John Browdy | DC Number: 535107 | Quarters: G3209L | Job Assignment: None | Date: 5/2/23 |
|---|---|---|---|---|---|

**REQUEST**   Check here if this is an informal grievance ☐

I have spoken to several staff members about a P.R.E.A allegation. I spoke to mental health, I sent a Request to have the I.G to come see me also I spoke to Capt Shirvan and he advised me to send him a request stating what happened and I sent it on 4/26/23 and no one has come and spoken with me about this incident. I feel like I am being ignored and my allegations are not being taken seriously. Or the requests I sent was not sent to their destination. Please investigate

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): JB    DC#: 535107

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 110-2305-0029    DATE RECEIVED: MAY 03 REC'D

You were provided a witness statement. A report will be submitted & appropriate action will be taken in regards to your allegations.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Approved**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): K. Shirvan Capt.    Official (Signature): [signature]    Date: 5/7/23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)
Incorporated by Reference in Rule 33-103.005, F.A.C.