UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


JOHN A. BROWDY,

       Plaintiff,

v.                                    Case No. 3:23-cv-595-MMH-JBT

DEPARTMENT OF CORRECTIONS
and CAPT. SHIRVAN,

       Defendants.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff John A. Browdy, an inmate of the Florida penal system, filed a pro se document titled "General Affidavit" (Doc. 1) dated May 14, 2023. In the affidavit, Browdy asserts that after he refused to perform sexual favors for a food service worker, the worker became verbally abusive towards him. Browdy reported the incident; however, "no one came to speak with [him]," and he fears for his safety. Browdy asks the Court to send someone to see him immediately.

It is not clear what type of lawsuit Plaintiff intends to bring, if any. To the extent Browdy seeks to open a civil rights case, he has failed to properly initiate a civil action in this Court. See Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). Browdy is advised that the Court has approved the use of a civil rights complaint form for cases filed by

prisoners pursuant to 42 U.S.C. § 1983. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to include detailed information regarding the defendants a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests. Here, Browdy has not filed a complaint, nor has he provided the Court with all of the information required by the civil rights complaint form. Further, any complaints Browdy has about his conditions of confinement at Northwest Florida Reception Center should be filed in the United States District Court for the Northern District of Florida.

Browdy is also advised that the Court does not have the authority to investigate or direct other agencies to investigate his claims. Insofar as Plaintiff requests that this Court contact other agencies or persons on his behalf, the Court may not grant such relief.

Accordingly, it is

**ORDERED:**

1.    This case is **DISMISSED without prejudice.**

2.    The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3.    The **Clerk** shall send Browdy a civil rights complaint form. If Browdy chooses to refile his claims, he may do so on the enclosed form in the

appropriate venue. He should not put this case number on the form because

the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** in Jacksonville, Florida, this 22nd day of May,

2023.

MARCIA MORALES HOWARD
United States District Judge

caw 5/19
c:
John A. Browdy, #535107